**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSCETTS**

| | |
|---|---|
| Mark Cook, | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:10-cv-10341-DPW |
| | : |
| Ashton & Weinberg, Inc.; and DOES 1-10, Inclusive, | : |
| | : |
| Defendants. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**PURSUANT TO RULE 41(a)(1)(A)(i)**

Plaintiff, Mark Cook, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 14, 2010

Respectfully submitted,

By /s/ Sergei Lemberg

Sergei Lemberg (BBO# 650671)
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (877) 795-3666
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on October 14, 2010, the foregoing was filed with the Clerk of the Court via the CM/ECF system which sent notice of such filing to the following:

John J. O'Connor
Peabody & Arnold, LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261

              By /s/ Sergei Lemberg
                Sergei Lemberg